IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HEATHER GORE,

    Plaintiff,

vs.

    Case No. C2-09-854
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

AT&T CORP., et al.,

    Defendant.

## ORDER

The **STIPULATED PROTECTIVE ORDER** was entered by the Court in error, and is accordingly **VACATED**. The parties are **DIRECTED** to comply with the Magistrate Judge's Order to present a revised proposed protective order that permits documents to be filed under seal only upon Order of the Court upon motion and for good cause.

**IT IS SO ORDERED.**

_____2-8-2010_____
**DATED**

_____
EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**