AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**HEATHER GORE,**

      **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-09-854**
**AT&T CORP., et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 6, 2010, JUDGMENT is hereby entered DISMISSING this action and TRANSFERRING this case to the Court of Common Pleas for Franklin County, Ohio.**

Date: August 6, 2010                  JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk